# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
*Tampa Division*
www.flmb.uscourts.gov

IN RE:

          Chapter 11

FIRST DEFENSE NASAL SCREEN
CORPORATION,          Case No.: 8:22-bk-01196-MGW

    Debtor.        /

**APPLICATION OF BUDDY D. FORD, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTOR(S) FOR THE PERIOD FROM MARCH 23, 2022 THROUGH OCTOBER 17, 2022**

**FEE APPLICATION SUMMARY**

| | |
|---|---|
| NAME OF APPLICANT: | Buddy D. Ford, P.A. |
| SERVICES PROVIDED TO: | First Defense Nasal Screen Corp. |
| DATE OF RETENTION: | March 25, 2022 |
| PERIOD FOR THIS APPLICATION: | 03/23/2022 - 10/17/2022 |
| AMOUNT OF COMPENSATION SOUGHT: | $32,200.00 |
| AMOUNT OF EXPENSE REIMBURSEMENT: | $ 2,619.08 |
| AMOUNT OF ORIGINAL RETAINER: | $27,000.00 |
| CURRENT BALANCE: | $ 7,819.08 |
| BLENDED HOURLY RATE THIS APPLICATION: | $   417.64 |

THIS IS AN: ___ INTERIM   ___ FINAL APPLICATION

| | | **Requested** | | **Approved** | | **Paid** | | **Holdback** |
|---|---|---|---|---|---|---|---|---|
| **Filed** | **Period** | **Fees** | **Exps.** | **Fees** | **Exps** | **Fees** | **Exps.** | |
| | | | | | | | | |
| **Total** | | | | | | | | |

**CUMULATIVE SUMMARY OF PROFESSIONAL
AND PARAPROFESSIONAL TIME**

**ATTORNEYS**

| Name | Year Licensed | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| Buddy D. Ford | 1987 | 38.10 | $450.00 | $17,145.00 |
| Jonathan A. Semach | 2008 | 34.50 | $400.00 | $13,800.00 |
| Heather M. Reel | 2012 | 2.90 | $350.00 | $ 1,015.00 |
| **TOTAL** | ----- | **75.50** | ----- | **$31,960.00** |

**PARALEGALS**

| Name | Year | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| Staci A. Bruce | 1995 | 1.60 | $150.00 | $   240.00 |
| **TOTAL** | ----- | **1.60** | ----- | **$   240.00** |

**RECAPITULATION**

| Source | Total Hours | Total Fee |
|---|---|---|
| Attorney | 75.50 | $31,960.00 |
| Paralegal | 1.60 | $   240.00 |
| **TOTAL** | **77.10** | **$32,200.00** |

## SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL
## BY ACTIVITY CODE CATEGORY

### ACTIVITY CODE CATEGORY: Case Administration

| Name | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Buddy D. Ford | 18.90 | $450.00 | $ 8,505.00 |
| Jonathan A. Semach | 21.90 | $400.00 | $ 8,760.00 |
| Heather M. Reel | 0.30 | $350.00 | $ 105.00 |
| Staci A. Bruce | 1.60 | $150.00 | $ 240.00 |
| **Matter Total:** | **42.70** | ----- | **$17,610.00** |

Narrative of Case Administration:
   This category is comprised of all services performed by legal assistants/paralegals; conferences with client, including finalizing schedules and SOFA and case management summary; review of general court docket/pleadings; preparation and revision of general pleadings/orders; Review of monthly reports; Ballot Packages; review of emails from client/counsel/Trustee/creditors; preparation of emails/correspondence to counsel/Trustee/creditors/client; preparation and attendance at IDI and 341

### ACTIVITY CODE CATEGORY: Claims (including Negotiations with Lenders)

| Name | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Buddy D. Ford | 1.80 | $450.00 | $ 810.00 |
| Jonathan A. Semach | 0.60 | $400.00 | $ 240.00 |
| Heather M. Reel | 0.00 | $350.00 | $ 0.00 |
| **Matter Total:** | **2.40** | ----- | **$ 1,050.00** |

Narrative of Claims:
   Reviewed claims filed; Arbitration hearing

### ACTIVITY CODE CATEGORY: Depositions/Mediations

| Name | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Buddy D. Ford | 0.00 | $450.00 | $ 0.00 |
| Jonathan A. Semach | 0.00 | $400.00 | $ 0.00 |
| Heather M. Reel | 0.00 | $350.00 | $ 0.00 |
| **Matter Total:** | **0.00** | ----- | **$ 0.00** |

**ACTIVITY CODE CATEGORY:** **Fee/Employment Applications & Objections**

| Name | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Buddy D. Ford | 2.10 | $450.00 | $   945.00 |
| Jonathan A. Semach | 0.00 | $400.00 | $       0.00 |
| Heather M. Reel | 0.10 | $350.00 | $     35.00 |
| **Matter Total:** | **2.20** | ----- | **$   980.00** |

Narrative of Fee/Employment Applications & Objections:
    Drafting and revision of application/order to employ attorney,; Drafted, revised and finalized Fee Application

**ACTIVITY CODE CATEGORY:** **Other Contested Matters (excluding assumptions/rejection contracts)**

| Name | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Buddy D. Ford | 14.60 | $450.00 | $ 6,570.00 |
| Jonathan A. Semach | 7.90 | $400.00 | $ 3,160.00 |
| Heather M. Reel | 2.50 | $350.00 | $    875.00 |
| **Matter Total:** | **25.20** | ----- | **$10,605.00** |

Narrative of Claims:
    Prepare for and attend hearings; Issues related to cash collateral, Wellgistics turnover, stay relief, and marketing agreement

**ACTIVITY CODE CATEGORY:** **Plan & Disclosure Statement**

| Name | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| Buddy D. Ford | 0.70 | $450.00 | $    315.00 |
| Jonathan A. Semach | 4.10 | $400.00 | $ 1,640.00 |
| Heather M. Reel | 0.00 | $350.00 | $       0.00 |
| **Matter Total:** | **4.80** | ----- | **$ 1,955.00** |

Narrative of Plan & Disclosure Statement:
   Drafting and revision of Plan, Liquidation Analysis, and promissory note; Review of budgets, claims and plan treatment; contact with client, SubV Trustee, and UST; unsecured creditor repayment spreadsheet; drafting documents related to confirmation hearing

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
*Tampa Division*
www.flmb.uscourts.gov

IN RE:

FIRST DEFENSE NASAL SCREEN
CORPORATION,

      Debtor.                      /

Chapter 11

Case No.: 8:22-bk-01196-MGW

**APPLICATION FOR**
**COMPENSATION BY ATTORNEY FOR CHAPTER 11 DEBTOR**

    **COMES NOW** BUDDY D. FORD, P.A., attorney for Chapter 11 Debtor(s), and hereby files this Application for Compensation by Attorney for Chapter 11 Debtor(s), and respectfully represents:

    1.    Applicant is the attorney of the Chapter 11 Debtor(s), and makes this Application for Compensation for Professional Services.

    2.    Applicant was employed and appointed as attorney for the Debtor(s) pursuant to an Order of this Court.

    3.    All services for which compensation is requested was performed for or on behalf of the Chapter 11 estate and not on behalf of any committee, creditor, or other person.

    4.    Applicant has expended or is estimated to expend in excess of 77 hours in the above cause from March 23, 2022 through October 17, 2022.

    5.    Applicant's efforts in representing the estate are summarized in one tenth (1/10th) of an hour increments in **Exhibit "A"** attached hereto and incorporated herein by reference.  Services rendered and costs expended to date by your applicant in this proceeding is Thirty-four Thousand Eight Hundred Nineteen Dollars and Eight Cents ($34,819.08).

    6.    No other fee applications have been filed by applicant in this case.

    7.    The undersigned counsel has been admitted to this Court since 1987, is board certified in business bankruptcy and has practiced almost exclusively in commercial litigation and bankruptcy law representing both Debtors and creditors.

    8.    Applicant received a retainer in the amount of Twenty-seven Thousand Dollars ($27,000.00) for fees and costs.

    9.    Paralegal time was billed out at One Hundred Fifty Dollars ($150.00) per hour with attorney time billed at Three Hundred FiftyDollars to Four Hundred Fifty Dollars ($350.00 -

$450.00) per hour which is within or below the normal hourly rates of other bankruptcy practitioners with similar experience in the area.

10. Paralegals, PSB (former paralegal), Staci A. Bruce (SAB), and/or Nicholle Cole (NMC), may have provided some services to the Debtor which services are itemized in the detailed billing attached hereto.

11. Buddy D. Ford's experience, representation and ability justify an award in an amount requested. A detailed itemization setting forth dates and hours is attached hereto as **Exhibit "A"** and incorporated herein by reference. A detailed itemization by category listing is attached hereto as **Exhibit "B"** and incorporated herein by reference.

12. There is no agreement or understanding between Buddy D. Ford, Esquire or any other person for sharing of compensation requested in this application.

13. Buddy D. Ford, P.A., makes the following additional representation with respect to the factors enumerated in *In Re Braniff, Inc.*, 117 Bankr. M.D. Fla. 1900 to assist the Court further in determining the nature, extent and value of applicant's services:

    a) <u>Time and labor required</u>: The fee agreement entered into pre-petition between applicant and the debtor provides that Buddy D. Ford, Esquire is to receive compensation of attorney services at an hourly rate of Four Hundred Fifty Dollars ($450.00) per hour. The compensation of Paralegals is One Hundred Fifty Dollars ($150.00) per hour.

    b) <u>The preclusion of other employment</u>: Buddy D. Ford, Esquire, respectfully represents that the time expended in connection with its representation of the debtor could have been devoted to originating and handling matters for other clients.

    c) <u>The customary fee</u>: The terms of the fee arrangement entered into between the Debtor and Buddy D. Ford, Esquire, is set forth above and is the basis for the allowance of compensation sought in this application. Buddy D. Ford, has substantial experience in commercial litigation, taxation and bankruptcy and has devoted substantial effort in this case and customarily has charged Three Hundred Fifty Dollars to Four Hundred Fifty Dollars ($350.00 - $450.00) per hour for handling similar litigation. Buddy D. Ford, Esquire's Paralegals customarily have charged One Hundred Dollars to One Hundred Fifty Dollars ($100.00 - $150.00) per hour which is substantially less than most bankruptcy practitioners charge for Paralegal services.

    d) <u>Applicable legal standards</u>: The applicable legal standard for the allowance of fees and proceedings under the Bankruptcy Code is set forth in 11 U.S.C. Section 330 which provides for the allowance of reasonable compensation for actual and necessary services rendered by an attorney, based upon the time, nature, extent and value of such services and the cost of comparable service other than in a case under Title 11. Bankruptcy Code Section 330, also provides for reimbursement of Buddy

D. Ford, Esquire's actual and necessary expenses.

**WHEREFORE**, Applicant prays an allowance be made to it in the amount of Thirty-two Thousand Two Hundred Dollars ($32,200.00) for fees and Two Thousand Six Hundred Nineteen Dollars and Eight Cents ($2,619.08)  for costs less the fee and cost retainers in the amount of Twenty-seven Thousand Dollars ($27,000.00) for a total additional amount due and owing of Seven Thousand Eight Hundred Nineteen Dollars and Eight Cents ($7,819.08).

## SWORN DECLARATION

I, BUDDY D. FORD, ESQUIRE, attorney for Debtor, declare under penalty of perjury that I have read the foregoing **Application** and that it is true and correct to the best of my information and belief.

Dated on  this   26th   day of October, 2022.

 /s/ Buddy D. Ford
BUDDY D. FORD, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on  this   26th   day of October, 2022, a true and correct copy of the foregoing Application for Compensation was served by electronic mail upon all currently registered users in this case by the Court's CM/ECF and further served by U.S. Regular First Class Mail to:

First Defense Nasal Screen Corp, 7143 State Road 54, Ste 117, New Port Richey, FL 34653

Respectfully submitted,

BUDDY D. FORD, P.A.,

 /s/ Buddy D. Ford
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
9301 W. Hillsborough Avenue
Tampa, Florida  33615-3008
Telephone: (813) 877-4669
Facsimile: (813) 877-5543
Office Email: *All@tampaesq.com*
Attorney for Debtor