LAW OFFICES
# Buddy D. Ford, P.A.
*"Representation with Dignity"* since 1987

9301 West Hillsborough Avenue
Tampa, Florida 33615-3008

Telephone: (813) 877-4669
Facsimile: (813) 877-5543

Date:  10/17/2022

Joseph K Moore
First Defense Nasal Screen Corp
7238 Hunt Club Lane
Seminole, Florida 33776-4227

Regarding:   First Defense Nasal Screen Corp Chapter 11 Bankruptcy
Matter #:    22-0325
Invoice No:  10999

## Services Rendered

| Date | Staff | Description | Hours | Rate | Charges |
|---|---|---|---|---|---|
| 3/23/2022 | BDF | Consultation via Zoom with Joe Moore and JAS | 0.60 | $450.00 | $270.00 |
| 3/23/2022 | JAS | Zoom conference with J. Moore and BDF | 0.00<br>0.60 | $400.00 | $0.00<br>No Charge |
| 3/23/2022 | SAB | Internet research of SunBiz (corporate and judgment liens), FL UCC, and state court cases and official records | 0.40 | $150.00 | $60.00 |
| 3/24/2022 | BDF | Office conference with client and JAS; Initial draft of schedules and SOFA | 2.50 | $450.00 | $1,125.00 |
| 3/24/2022 | BDF | Reviewed email from client with multiple attachments; Reviewed and revised schedules and SOFA | 1.00 | $450.00 | $450.00 |
| 3/24/2022 | BDF | Reviewed emails from client and from HMR re: Wellgistics with attachments | 0.80 | $450.00 | $360.00 |
| 3/25/2022 | BDF | Finalized schedules and SOFA; Initial draft/outline of CMS; Begin assembling IDI packet | 3.50 | $450.00 | $1,575.00 |
| 3/25/2022 | BDF | Drafted and revised application/affidavit to employ | 1.00 | $450.00 | $450.00 |
| 3/25/2022 | BDF | Meeting with client and JAS | 0.80 | $450.00 | $360.00 |
| 3/25/2022 | HMR | review emails and documents from J. Moore including arbitration order (0.6); begin drafting Motion for Turnover and to Provide Adequate Protection Payments (1.3); phone call with JAS re: same (0.2) | 2.10 | $350.00 | $735.00 |

*EXHIBIT "A"*

Buddy D. Ford, P.A

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/25/2022 | JAS | edited motion for turnover | 0.80 | $400.00 | $320.00 |
| 3/25/2022 | JAS | reviewed and edited petition draft | 0.60 | $400.00 | $240.00 |
| 3/25/2022 | JAS | edited petition draft; office conference with J. Moore and BDF | 1.40 | $400.00 | $560.00 |
| 3/25/2022 | JAS | drafted case management summary | 1.20 | $400.00 | $480.00 |
| 3/28/2022 | BDF | Reviewed emails from client with attached financials; Telephone conference with client and JAS | 1.30 | $450.00 | $585.00 |
| 3/28/2022 | BDF | Reviewed Court docket entry re: Assignment of the Honorable Michael G. Williamson, Bankruptcy Judge; Reviewed Notice of Appointment of Chapter 11, Subchapter V Trustee (A. Harris) | 0.10 | $450.00 | $45.00 |
| 3/28/2022 | BDF | Reviewed executed contract; Finalized affidavit; Initial draft of order | 0.40 | $450.00 | $180.00 |
| 3/28/2022 | JAS | reviewed projections and other documents provided by J. Moore(.3); phone call with BDF and J. Moore re: same(.2) | 0.50 | $400.00 | $200.00 |
| 3/28/2022 | JAS | reviewed draft of verified small business statement | 0.30 | $400.00 | $120.00 |
| 3/28/2022 | JAS | reviewed updated projections(.3); phone call with J. Moore(.2); phone call with A. Harris(.2) | 0.70 | $400.00 | $280.00 |
| 3/28/2022 | JAS | edited motion for turnover | 0.50 | $400.00 | $200.00 |
| 3/29/2022 | BDF | Reviewed emails from SubV Trustee's office (x2) | 0.30 | $450.00 | $135.00 |
| 3/29/2022 | JAS | reviewed new set of revised projections(.3); finalized motion for turnover(.7); drafted certificate of necessity re: same(.1) | 1.10 | $400.00 | $440.00 |
| 3/29/2022 | JAS | began drafting list of equity security holders | 0.80 | $400.00 | $320.00 |
| 3/30/2022 | BDF | Reviewed email correspondence from UST re: IDI; Prepared, reviewed and updated IDI packet | 1.70 | $450.00 | $765.00 |
| 3/30/2022 | BDF | Reviewed NOC, and notice of local rules | 0.10 | $450.00 | $45.00 |
| 3/30/2022 | JAS | drafted correspondence to J. Moore re: potential | 0.10 | $400.00 | $40.00 |

Buddy D. Ford, P.A

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | investor | | | |
| 3/30/2022 | JAS | reviewed correspondence from J. Moore re: Stockholders' list | 0.10 | $400.00 | $40.00 |
| 3/30/2022 | JAS | finalized List of Equity Security Holders | 0.20 | $400.00 | $80.00 |
| 3/30/2022 | JAS | reviewed draft notice of hearing re: Motion for Turnover | 0.10 | $400.00 | $40.00 |
| 3/31/2022 | BDF | Researched cash collateral issues on whether Debtor can force Wellgistics to release "collateral" | 3.00 | $450.00 | $1,350.00 |
| 3/31/2022 | JAS | drafted correspondence to I. Perlmuter | 0.20 | $400.00 | $80.00 |
| 4/01/2022 | BDF | Reviewed emails from C. Skoczylas, Esq. re: Wellgistics (x2); Responded (x2) | 0.30 | $450.00 | $135.00 |
| 4/01/2022 | JAS | phone call with B. Quinn and BDF (.1); drafted suggestion of bankruptcy re: Wellgistics(.3); phone call from J. Moore(.2) | 0.60 | $400.00 | $240.00 |
| 4/04/2022 | BDF | Telephone conference with counsel for Wellgistics and JAS; Telephone conference with client and JAS | 1.00 | $450.00 | $450.00 |
| 4/04/2022 | JAS | drafted and responded to correspondence from J. Moore | 0.10 | $400.00 | $40.00 |
| 4/04/2022 | JAS | phone conference with BDF and attorneys for Wellgistics, LLC; phone call with BDF to J. Moore | 1.00 | $400.00 | $400.00 |
| 4/05/2022 | BDF | Reviewed Response to Motion for Turnover filed by Wellgistics with exhibits | 0.70 | $450.00 | $315.00 |
| 4/06/2022 | BDF | Prepared for and attended hearing on turnover; Meeting with client and JAS | 2.10 | $450.00 | $945.00 |
| 4/06/2022 | JAS | prepared for and attended hearing on motion for turnover; office conference with J. Moore after conclusion of hearing | 2.20 | $400.00 | $880.00 |
| 4/07/2022 | JAS | prepared for and attended Initial Debtor Interview(.5); drafted and responded to correspondence from R. Folland re: insurance and other documents(.2); reviewed homeowner's insurance provided by J. Moore(.1); reviewed draft advertising agreement with Venture4(.3) | 1.10 | $400.00 | $440.00 |

|  |  |  |  |  | Buddy D. Ford, P.A |
|---|---|---|---|---|---|
| 4/07/2022 | JAS | drafted correspondence to J. Moore re: Vibrant4 | 0.20 | $400.00 | $80.00 |
| 4/07/2022 | JAS | reviewed and responded to correspondence from J. Moore re: advertising agreement | 0.10 | $400.00 | $40.00 |
| 4/07/2022 | JAS | drafted correspondence to J. Moore re: Wellgistics document requests | 0.10 | $400.00 | $40.00 |
| 4/08/2022 | JAS | drafted correspondence to J. Moore re: Form B426 | 0.20 | $400.00 | $80.00 |
| 4/11/2022 | JAS | reviewed Witko certificate of insurance(.1); drafted correspondence to UST re: same(.1); drafted correspondence to J. Moore re: same(.1) | 0.30 | $400.00 | $120.00 |
| 4/11/2022 | JAS | reviewed and responded to correspondence from J. Moore re: Witko insurance; drafted correspondence to L. Daniel re: same | 0.20 | $400.00 | $80.00 |
| 4/11/2022 | JAS | reviewed second draft of marketing agreement with Vibrant4 | 0.40 | $400.00 | $160.00 |
| 4/11/2022 | JAS | reviewed documents provided by J. Moore (.3); drafted correspondence to R. Folland re: same(.1) | 0.40 | $400.00 | $160.00 |
| 4/12/2022 | JAS | drafted Subchapter V status report | 0.50 | $400.00 | $200.00 |
| 4/15/2022 | BDF | Reviewed email from counsel for Wellgistics with attached MRS and proposed order; Discussion w/JAS | 1.50 | $450.00 | $675.00 |
| 4/15/2022 | JAS | reviewed stipulated motion for relief from stay and proposed order re: same; edited proposed order re: same | 0.40 | $400.00 | $160.00 |
| 4/18/2022 | JAS | reviewed signature card for 5/3 account; drafted correspondence to J.Moore re: same | 0.30 | $400.00 | $120.00 |
| 4/18/2022 | JAS | reviewed Form 426 reports for First Defense Holdings, LLC and First Defense Operations, LLC | 0.50 | $400.00 | $200.00 |
| 4/18/2022 | JAS | drafted correspondence to J. Moore re: DIP account | 0.10 | $400.00 | $40.00 |
| 4/18/2022 | JAS | drafted correspondence to J. Moore re: Form B426 | 0.10 | $400.00 | $40.00 |
| 4/18/2022 | JAS | reviewed third draft of marketing agreement with Vibrant4(.4); drafted motion for authority to enter into marketing agreement(1.4) | 1.80 | $400.00 | $720.00 |

Buddy D. Ford, P.A

| | | | | | Buddy D. Ford, P.A |
|---|---|---|---|---|---|
| 4/20/2022 | BDF | Reviewed Order Prescribing Procedures (and setting date to file plan); Reviewed file; Initial draft/outline plan | 2.00 | $450.00 | $900.00 |
| 4/20/2022 | JAS | prepared for and attended initial status conference | 0.30 | $400.00 | $120.00 |
| 4/20/2022 | JAS | drafted correspondence to D. Shirley at 5/3 re: DIP account | 0.10 | $400.00 | $40.00 |
| 4/20/2022 | JAS | reviewed and executed notice of hearing re: Doc. No. 31 | 0.20 | $400.00 | $80.00 |
| 4/20/2022 | JAS | reviewed and responded to correspondence from J. Moore re: zoom hearing | 0.10 | $400.00 | $40.00 |
| 4/25/2022 | JAS | reviewed and responded to correspondence from J. Moore re: motion to approve advertising agreement | 0.10 | $400.00 | $40.00 |
| 4/26/2022 | BDF | Reviewed email from B. Quinn, Esq. with proposed amended award of fees | 0.40 | $450.00 | $180.00 |
| 4/28/2022 | JAS | reviewed Debtor's financial documents; drafted correspondence to J. Moore re: same | 0.50 | $400.00 | $200.00 |
| 5/03/2022 | BDF | Telephone conference with R. Folland, Esq., M. Silver, Esq. and JAS | 0.70 | $450.00 | $315.00 |
| 5/03/2022 | JAS | phone conference with R. Folland, M. Silver, and BDF | 0.70 | $400.00 | $280.00 |
| 5/03/2022 | JAS | reviewed and responded to correspondence from J. Moore re: filing proofs of claim | 0.10 | $400.00 | $40.00 |
| 5/04/2022 | BDF | Reviewed email from B. Quinn, Esq. forwarding email re: fee award to Judge Farina by OPC | 0.30 | $450.00 | $135.00 |
| 5/04/2022 | BDF | Reviewed POC 1 filed by Clarivate and POC 2 filed by R. Quinn, Esq., both with attachments; Compared with schedules and file documents | 0.50 | $450.00 | $225.00 |
| 5/04/2022 | BDF | Reviewed court docket entry re: The United States Trustee states that the initial meeting of creditors was held and concluded | 0.10 | $450.00 | $45.00 |
| 5/04/2022 | JAS | reviewed and responded to correspondence from L. Daniel and N. Peair | 0.20 | $400.00 | $80.00 |
| 5/04/2022 | JAS | phone call with J. Moore re: 341 meeting (.3); drafted correspondence to I. Perlmuter(.1) | 0.40 | $400.00 | $160.00 |

Buddy D. Ford, P.A

Buddy D. Ford, P.A

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/04/2022 | JAS | prepared for and attended 341 Creditors' Meeting | 1.00 | $400.00 | $400.00 |
| 5/04/2022 | JAS | phone call with I. Perlmuter | 0.20 | $400.00 | $80.00 |
| 5/11/2022 | JAS | prepared for and attended hearings on motion for turnover and motion to enter into marketing agreement | 0.60 | $400.00 | $240.00 |
| 5/11/2022 | JAS | reviewed and responded to correspondence from J. Moore re: advertising costs | 0.10 | $400.00 | $40.00 |
| 5/13/2022 | JAS | phone call from J. Moore | 0.10 | $400.00 | $40.00 |
| 5/13/2022 | JAS | drafted correspondence to J. Moore re: operating reports | 0.10 | $400.00 | $40.00 |
| 5/16/2022 | BDF | Telephone conference with I. Perlmuter and JAS | 0.30 | $450.00 | $135.00 |
| 5/16/2022 | JAS | phone call with I. Perlmuter and BDF | 0.30 | $400.00 | $120.00 |
| 5/19/2022 | JAS | reviewed and responded to correspondence from J. Moore re: operating reports | 0.10 | $400.00 | $40.00 |
| 5/20/2022 | JAS | drafted correspondence to J. Moore re: operating reports | 0.10 | $400.00 | $40.00 |
| 5/26/2022 | BDF | Telephone conference with client and JAS re: case status | 0.30 | $450.00 | $135.00 |
| 5/26/2022 | BDF | Reviewed email from client recapping telephone conference and with screenshot of Wellgistics website evidencing continued sale/advertising of client's product; Continued research on release of collateral | 1.50 | $450.00 | $675.00 |
| 5/26/2022 | JAS | phone call with BDF and J. Moore re: case status | 0.20 | $400.00 | $80.00 |
| 5/31/2022 | JAS | drafted correspondence to R. Folland | 0.10 | $400.00 | $40.00 |
| 5/31/2022 | JAS | reviewed and responded to correspondence from J. Moore re: Wellgistics | 0.10 | $400.00 | $40.00 |
| 5/31/2022 | JAS | drafted proposed order granting motion to enter into marketing agreement. | 0.40 | $400.00 | $160.00 |
| 6/02/2022 | BDF | Reviewed POC 3 filed by Wellgistics with attachments; Reviewed Motion to Allow Proof of Claim and Confirm | 1.00 | $450.00 | $450.00 |

Buddy D. Ford, P.A

Buddy D. Ford, P.A

| | | Arbitration Award, as amended; Compared claim with file documents, schedules, and documents provided by OPC | | | |
|---|---|---|---|---|---|
| 6/03/2022 | JAS | reviewed and responded to correspondence from J. Moore re: Wellgistics | 0.10 | $400.00 | $40.00 |
| 6/06/2022 | BDF | Reviewed POC 4 filed by Marian, Inc. with attached invoices; Compared with schedules and file documents | 0.30 | $450.00 | $135.00 |
| 6/06/2022 | HMR | phone call with JAS, M. Silver, and R. Folland | 0.40 | $350.00 | $140.00 |
| 6/06/2022 | JAS | phone conference with M. Silver, R. Folland, and HMR | 0.40 | $400.00 | $160.00 |
| 6/08/2022 | JAS | phone call from J. Moore | 0.20 | $400.00 | $80.00 |
| 6/08/2022 | JAS | reviewed and responded to correspondence from J. Moore re: Wellgistics | 0.10 | $400.00 | $40.00 |
| 6/10/2022 | BDF | Reviewed emails between client and JAS re: release of product from Wellgistics and consideration therefor | 0.30 | $450.00 | $135.00 |
| 6/10/2022 | JAS | drafted correspondence to J. Moore re: release prices with Wellgistics | 0.10 | $400.00 | $40.00 |
| 6/13/2022 | BDF | Reviewed emails (.4); Telephone conference with client and JAS re: release of inventory (.6) | 1.00 | $450.00 | $450.00 |
| 6/13/2022 | JAS | phone call with J. Moore; drafted correspondence to R. Folland | 0.40 | $400.00 | $160.00 |
| 6/13/2022 | JAS | reviewed May 2022 operating report | 0.50 | $400.00 | $200.00 |
| 6/13/2022 | JAS | drafted correspondence to J. Moore re: operating report | 0.10 | $400.00 | $40.00 |
| 6/15/2022 | JAS | drafted correspondence to J. Moore re: plan projections | 0.10 | $400.00 | $40.00 |
| 6/15/2022 | JAS | drafted plan of reorganization, liquidation analysis, and draft promissory note | 1.50 | $400.00 | $600.00 |
| 6/21/2022 | BDF | Reviewed draft plan, liquidation analysis, projections, and file; Discussion w/JAS | 0.70 | $450.00 | $315.00 |
| 6/21/2022 | JAS | reviewed projections drafted by J. Moore | 0.20 | $400.00 | $80.00 |

Buddy D. Ford, P.A

Buddy D. Ford, P.A

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/21/2022 | JAS | reviewed and responded to correspondence from J. Moore re: projections | 0.10 | $400.00 | $40.00 |
| 6/21/2022 | JAS | office conference with J. Moore re: plan of reorganization | 1.00 | $400.00 | $400.00 |
| 6/22/2022 | JAS | finalized plan of reorganization | 0.30 | $400.00 | $120.00 |
| 6/23/2022 | BDF | Emails to/fr J. Moore (x3) | 0.30 | $450.00 | $135.00 |
| 6/23/2022 | SAB | Email to J. Moore with list of documents needed for filing | 0.20 | $150.00 | $30.00 |
| 6/29/2022 | BDF | Reviewed Order Scheduling Confirmation Hearing; Organized and reviewed ballot packages, including revision of cover letter and ballots; Prepared COC/POS | 0.80 | $450.00 | $360.00 |
| 6/29/2022 | JAS | prepared for and attended hearing to confirm arbitration award | 0.60 | $400.00 | $240.00 |
| 7/06/2022 | HMR | review and revise Ballot Package | 0.30 | $350.00 | $105.00 |
| 7/06/2022 | HMR | Review and revise Order Granting Application to Employ Attorney | 0.10 | $350.00 | $35.00 |
| 7/13/2022 | JAS | reviewed and responded to correspondence from J. Moore re: ballots | 0.10 | $400.00 | $40.00 |
| 7/18/2022 | JAS | reviewed and responded to correspondence from J. Moore re: Wellgistics | 0.10 | $400.00 | $40.00 |
| 7/19/2022 | JAS | reviewed and responded to correspondence from J. Moore re: Wellgistics | 0.10 | $400.00 | $40.00 |
| 7/20/2022 | JAS | reviewed June 2022 operating report | 0.30 | $400.00 | $120.00 |
| 8/01/2022 | BDF | multiple phone calls with BDF to and from J. Moore, Ira Perlmuter, and R. Folland | 0.60 | $450.00 | $270.00 |
| 8/01/2022 | JAS | multiple phone calls with BDF to and from J. Moore, Ira Perlmuter, and R. Folland | 0.60 | $400.00 | $240.00 |
| 8/03/2022 | JAS | drafted correspondence to A. Harris and N. Peair re: continuing confirmation | 0.20 | $400.00 | $80.00 |

Buddy D. Ford, P.A

Buddy D. Ford, P.A

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/03/2022 | JAS | drafted motion to continue confirmation hearing | 0.50 | $400.00 | $200.00 |
| 8/05/2022 | BDF | Reviewed email from R. Folland, Esq. with attached ballot | 0.30 | $450.00 | $135.00 |
| 8/05/2022 | BDF | Reviewed email from client re: finding funding | 0.10 | $450.00 | $45.00 |
| 8/05/2022 | BDF | Prepare for and attend telephone conference with I. Perlmuter, Esq., R. Folland, Esq., M. Silver, Esq., and J. Moore | 2.00 | $450.00 | $900.00 |
| 8/08/2022 | BDF | Reviewed email from I. Permuter | 0.10 | $450.00 | $45.00 |
| 8/10/2022 | BDF | Reviewed email from R. Folland, Esq. re: case status/continued hearings, and future of debtor | 0.50 | $450.00 | $225.00 |
| 8/15/2022 | JAS | reviewed and responded to correspondence from J. Moore re: upcoming hearing | 0.10 | $400.00 | $40.00 |
| 8/16/2022 | JAS | reviewed and responded to correspondence J. Moore re: confirmation hearing | 0.10 | $400.00 | $40.00 |
| 8/25/2022 | JAS | reviewed July 2022 operating report | 0.40 | $400.00 | $160.00 |
| 9/06/2022 | JAS | phone call with A. Harris(.1); phone call to B. Quinn with BDF (.1 no charge) | 0.10 | $400.00 | $40.00 |
|  |  |  | 0.10 |  | No Charge |
| 9/15/2022 | BDF | phone call from new proposed Debtor's counsel with JAS | 0.10 | $450.00 | $45.00 |
| 9/15/2022 | BDF | Telephone conference with client and JAS (.2); Reviewed emails (.3) | 0.50 | $450.00 | $225.00 |
| 9/15/2022 | JAS | drafted motion to withdraw as counsel for the Debtor | 0.30 | $400.00 | $120.00 |
| 9/15/2022 | JAS | phone call from new proposed Debtor's counsel with BDF | 0.10 | $400.00 | $40.00 |
| 9/15/2022 | JAS | phone call with BDF to J. Moore | 0.10 | $400.00 | $40.00 |
| 9/16/2022 | JAS | reviewed and executed joint stipulation for substitution of counsel | 0.10 | $400.00 | $40.00 |
| 9/19/2022 | JAS | attended confirmation hearing | 0.00 | $400.00 | $0.00 |
|  |  |  | 0.30 |  | No Charge |

Buddy D. Ford, P.A

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/19/2022 | JAS | drafted proposed order granting motion to withdraw as counsel | 0.30 | $400.00 | $120.00 |
| 10/17/2022 | BDF | Finalized fee application | 0.70 | $450.00 | $315.00 |
| 10/17/2022 | SAB | Processed Application for Compensation/Notice; Prepared draft order | 1.00 | $150.00 | $150.00 |
| | | | | Total Fees | $32,200.00 |

## Expenses

| Start Date | Description | Quantity | Charges |
|---|---|---|---|
| 3/25/2022 | Clerk of the United States Bankruptcy Court - Chapter 11 Filing Fee | 1.00 | $1,738.00 |
| 3/31/2022 | Postage - March 2022 | 1.00 | $9.01 |
| 3/31/2022 | Scanning - March 2022 | 152.00 | $15.20 |
| 3/31/2022 | LexisNexis (research) - March 2022 | 1.00 | $84.00 |
| 3/31/2022 | Photocopying - March 2022 | 681.00 | $102.15 |
| 4/30/2022 | Photocopying - April 2022 | 178.00 | $26.70 |
| 4/30/2022 | Postage - April 2022 | 1.00 | $7.42 |
| 4/30/2022 | Scanning - April 2022 | 49.00 | $4.90 |
| 4/30/2022 | LexisNexis (research) - April 2022 | 1.00 | $132.82 |
| 6/30/2022 | Photocopying - June 2022 | 111.00 | $16.65 |
| 6/30/2022 | Postage - June 2022 | 1.00 | $6.89 |
| 6/30/2022 | Scanning - June 2022 | 26.00 | $2.60 |
| 7/31/2022 | Photocopying - July 2022 | 1,429.00 | $214.35 |
| 7/31/2022 | Postage - July 2022 | 1.00 | $79.07 |
| 7/31/2022 | Scanning - July 2022 | 24.00 | $2.40 |

Buddy D. Ford, P.A

| Date | Description | | | | Qty | Amount |
|---|---|---|---|---|---|---|
| 8/31/2022 | Photocopying - August 2022 | | | | 269.00 | $40.35 |
| 8/31/2022 | Postage - August 2022 | | | | 1.00 | $61.56 |
| 8/31/2022 | Scanning - August 2022 | | | | 16.00 | $1.60 |
| 9/20/2022 | Photocopying - September 2022 | | | | 185.00 | $27.75 |
| 9/20/2022 | Postage - September 2022 | | | | 1.00 | $44.46 |
| 9/20/2022 | Pacer Service Center - September 2022 | | | | 12.00 | $1.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | Total Expenses | $2,619.08 |
| Total New Charges | | | | | | $34,819.08 |
| Previous Balance | | | | | | $0.00 |
| 3/25/2022 | Payment | 1662 ~sab. | | Joseph K Moore | | $-27,000.00 |
| Total Payments and Credits | | | | | | $-27,000.00 |
| Balance Due | | | | | | $7,819.08 |

## Staff Summary

| Name | Hours | Rate |
|---|---|---|
| Buddy D Ford | 38.10 | $450.00 |
| Heather M Reel | 2.90 | $350.00 |
| Jonathan A Semach | 34.50 | $400.00 |
| Staci A Bruce | 1.60 | $150.00 |